IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.	CRIMINAL NO. 2:17cr25-KS-MTP

ULRIC S. CROSSLAND

**FINAL ORDER OF FORFEITURE AND
ORDER FOR THE RETURN OF PROPERTY**

Before this Court is the United States of America's Motion for a Final Order of Forfeiture and for an Order to Return Property [39]. Having reviewed the Government's motion, this Court finds that it is well taken and should be GRANTED. In support of its ORDER, the Court finds as follows:

WHEREAS, on May 14, 2018, this Court entered an Agreed Preliminary Order of Forfeiture [33], ordering the Defendant, **ULRIC S. CROSSLAND.**, to forfeit

(1) One (1) Romarm/Cugir, Model WASR-10, 7.62X39mm caliber rifle, serial number AR313382;

(2) One (1) Taurus, Model PT-111 Millennium G2, 9 mm pistol, serial number TJX32996;

(3) One (1) Glock, Model 23, 40 caliber pistol, serial number KWB005;

(4) Any and all ammunition; and

(5) One (1) Smith and Wesson, Model SW9VE, 9mm pistol, serial number PDY0547

(the "**Subject Firearms**").

WHEREAS, the United States of America caused to be published via the internet at www.forfeiture.gov notice of this forfeiture and of the intent of the United States of America to dispose of the **Subject Firearms** in accordance with the law and as specified in the Preliminary

Order, and notified all known third parties of their right to petition the Court within sixty (60) days from the first day of publication for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, other than Jeremy Ratcliff, Ericson Heath Wade, and the Mississippi Department of Corrections, no other potential claimants are known; and

WHEREAS, Staff Sergeant Ericson H. Wade filed the only claim—as to the **One (1) Taurus, Model PT-111 Millennium G2, 9 mm pistol, serial number TJX32996** (the "**Taurus pistol**") only; and

WHEREAS, the Court finds that the Defendant had an interest in the **Subject Firearms** that are subject to forfeiture pursuant to 18 U.S.C. §§ 924(d)(1) and 28 U.S. C. § 2461(c);

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the **Subject Firearms**—with the exception of the **Taurus pistol**, which is to be returned to Staff Sergeant Wade as soon as practicable—are hereby forfeited to the United States of America pursuant to 18 U.S.C. §§ 924(d)(1) and 28 U.S. C. § 2461(c).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the **Subject Firearms** (with the exception of the **Taurus pistol**) are hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the **Subject Firearms** be disposed of in accordance with law, and at the discretion of the Bureau of Alcohol, Tobacco, Firearms, and Explosives, and in compliance with this Order; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

SO ORDERED, ADJUDGED, AND DECREED this 6th day of September, 2018.

*/s/ Keith Starrett*
UNITED STATES DISTRICT JUDGE