IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTIRCT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

VS.                                             CRIMINAL NO. 2:17-CR-25-KS-MTP=001

ULRIC S. CROSSLAND

ORDER

THIS CAUSE IS BEFORE THE COURT as a result of a letter received from James Dunn, Chief, Sentence Computations with the Federal Bureau of Prisons. The letter is attached to this Order as Exhibit 1. This Court has reviewed the facts set forth in the letter from Mr. Dunn, the Presentence Investigation Report of Mr. Crossland (Document 41) and other relevant portions of the Court record. The State sentence at issue was in place at the time that this Court sentenced Mr. Crossland on September 6, 2018. This Court's sentence was silent on whether the sentence ran consecutive or concurrent with the State sentence. Based on the facts and circumstances that this Court has reviewed, the Court finds that the Federal sentence in Case Number 2:17-cr-25-KS-MTP-001 should run consecutive to the State sentence that was in place on September 6, 2018. When Mr. Crossland concludes the service of his State sentence he will begin serving the Federal sentence which will run consecutive to the State sentence.

Except as above described all other terms and conditions of the Judgment (Document 47) remain in effect

SO ORDERED this the ___20th___ day of January, 2022.

                                                __s/Keith Starrett_____
                                                U.S. DISTRICT JUDGE

.